IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARL BANKS, | ) | |
| Plaintiff, | ) | 2:09-cv-02163-GEB-DAD |
| v. | ) | ORDER DENYING DEFENDANT'S REQUEST FOR CLARIFICATION OF THE STATUS (PRETRIAL SCHEDULING) ORDER |
| GPS SERVICES, INC., a California Corporation, | ) | |
| Defendant. | ) | |

On November 2, 2009, Defendant indicated in a filing that the undersigned judge's failure to address the parties' discovery dispute over how long Defendant could "depose plaintiff Carl Banks" in the Status (Pretrial Scheduling) Order filed October 23, 2009 renders this Order ambiguous on this point. However, the Order explicitly states: "[t]he Magistrate Judges in the Eastern District are responsible for resolving discovery disputes." Therefore, Defendant's request for clarification of the October 23 Order is denied.

Dated:  November 3, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1